IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Petitioner,<br><br>    v.<br><br>IASCO (fka INTERNATIONAL AIR SERVICE COMPANY),<br><br>    Respondent.<br>_____ / | No. C 06-04425 JSW<br><br>**ORDER TO SHOW CAUSE RE ENFORCEMENT OF INTERNAL REVENUE SERVICE SUMMONS** |

    Good cause having been shown by the Petitioner United States of America upon its petition filed in the above proceeding on July 19, 2006, it is HEREBY ORDERED that Respondent IASCO appear before this Court on September 29, 2006 at 9:00 a.m. in Courtroom No. 2, 17th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California, and then and there show cause, if any, why the Respondent should not be compelled to appear and provide the information as requested in the summons served upon Respondent as alleged and set forth in particular in the petition.

    It is FURTHER ORDERED that a copy of this Order to Show Cause, together with a copy of the petition, be served upon the Respondent by no later than July 27, 2006.  Proof of such service shall be filed no later than July 28, 2006.

    It is FURTHER ORDERED that Respondent may file and serve a written response to the petition by no later than September 8, 2006, supported by appropriate affidavit(s) or declaration(s) in conformance with 28 U.S.C. § 1746, as well as any motion Respondent desires

:

1  to make, that the Petitioner may file and serve a written reply to such response, if any, by no
2  later than September 1, 2006. All motions and issues raised by motion or brought into
3  controversy by the responsive pleadings and supported affidavit(s) or declaration(s) will be
4  considered at the return of this Order, and any uncontested allegation in the petition will be
5  considered admitted.

**IT IS SO ORDERED.**

Dated: July 25, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE