| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321) |
| | United States Attorney |
| 2 | JAY R. WEILL (CSBN 75434) |
| | Assistant United States Attorney |
| 3 | Chief, Tax Division |
| 4 | 9th Floor Federal Building |
| | 450 Golden Gate Avenue, Box 36055 |
| 5 | San Francisco, CA 94102 |
| | Telephone:    (415) 436-7017 |
| 6 | Fax:               (415) 436-6748 |
| 7 | Attorneys for the United States of America |

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | No. C-06-4421-SC |
| ) | |
| **Petitioner,** ) | **APPLICATION TO DISMISS** |
| ) | **VERIFIED PETITIONS TO ENFORCE** |
| v. ) | **INTERNAL REVENUE SERVICE** |
| ) | **SUMMONSES AND ORDER** |
| **IASCO (fka International Air Service Company),** ) | |
| ) | |
| **Respondent.** ) | |

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | No. C-06-4422-SC |
| **Petitioner,** ) | |
| v. ) | |
| **IASCO (fka International Air Service Company),** ) | |
| **Respondent.** ) | |

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | No. C-06-4423-SC |
| **Petitioner,** ) | |
| v. ) | |
| **IASCO (fka International Air Service Company),** ) | |
| **Respondent.** ) | |

| | | |
|---|---|---|
| 1 | UNITED STATES OF AMERICA ) | No. C-06-4424-SC |
| 2 | Petitioner, ) | |
| 3 | v. ) | |
| 4 | IASCO (fka International Air Service Company), ) | |
| 5 | ) | |
| 6 | Respondent. ) | |
| 7 | UNITED STATES OF AMERICA ) | No. C-06-4425-SC |
| 8 | Petitioner, ) | |
| 9 | v. ) | |
| 10 | IASCO (fka International Air Service Company), ) | |
| 11 | ) | |
| 12 | Respondent. ) | |

The United States of America dismisses the Petitions To Enforce filed on July 19, 2006 because the respondent has complied with the summonses.

KEVIN V. RYAN
United States Attorney


/s/ Jay R. Weill
JAY R. WEILL
Assistant United States Attorney
Chief, Tax Division

SO ORDERED:

DATED:  11/14/06

SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Samuel Conti